### HESTER v. STATE.
No. 25628.

Court of Criminal Appeals of Texas.

Jan. 9, 1952.

### GREEN v. STATE.
No. 25627.

Court of Criminal Appeals of Texas.

Jan. 9, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

Appellant entered a plea of guilty to the offense of disturbing the peace, and upon his conviction therefor, he was fined the sum of fifty dollars.

This case was originally tried in the Corporation Court of the City of Kermit in Winkler County. An appeal was prosecuted to the County Court of said county, where the case was tried de novo, resulting in the conviction of the appellant and the assessing of a fine as above stated.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the theft of one head of cattle; the penalty assessed is con-finement in the state penitentiary for two years.

All the proceedings appear regular. The record is before this court without a state-ment of facts or bills of exception, in the absence of which no question is brought forward for review.

The judgment is affirmed.